IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                        Case No. 23-CR-10125-2-JWB

MARIO DE JESUS AHUMADA-ADAME,

      Defendant.

**MEMORANDUM AND ORDER**

This matter is before the court on Defendant's motion for "Disposition of Pending Charges Pursuant to the Interstate Agreement on Detainers Act." (Doc. 54.) The government filed a response. (Doc. 55.) Defendant's motion is DENIED.

Mr. Ahumada-Adame was sentenced by this court on January 22, 2025, to 60 months in prison followed by a five-year term of supervised release for possession with intent to distribute methamphetamine in violation of 21 U.S.C. § 841(a)(1). (Doc. 52.) He now petitions the court to dispose of certain "matters" pursuant to the Interstate Agreement on Detainers Act of 1970 ("IAD"). (Doc. 54 at 1.) By "matters" the court believes Defendant means "detainers" under the IAD. (*Id.*) He requests that "any and all unserved warrants be served" on him at his current address. (*Id.*)

Congress enacted the IAD to promote speedy resolution of outstanding charges and detainers lodged against prisoners. *See* 18 U.S.C. App. 2 § 2. Defendant has not identified any outstanding charges against him in his motion.

The government filed a response pointing out that there are no pending charges against Defendant in this case or the District of Kansas. (*Id.* at 3.) The government avers that the

1

2

Defendant does have an immigration detainer but correctly points out that this court lacks jurisdiction over such matters and the IAD Defendant references does not apply to immigration detainers.  (*Id.*); *see Foster v. Geither*, No. 23-CV-3089, 2023 WL 2756189 at *2 (D. Kan. Apr. 3, 2023).  Because of the foregoing, Defendant's motion is DENIED.

IT IS SO ORDERED.  Dated this 19th day of November, 2025.

                                                  s/ John W. Broomes
                                                  JOHN W. BROOMES
                                                  CHIEF UNITED STATES DISTRICT JUDGE